UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE RANCH OPPORTUNITIES, | No. C-13-02966 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| IRIS HECKER, | |
| Defendant(s). | |

Plaintiff's motion to remand is set for a hearing on August 22, 2013. Pursuant to Civil Local Rule 7-3, any brief in opposition to Plaintiff's motion was due on July 25, 2013, but no such opposition has been received. <u>Defendant Iris Hecker is ordered to respond by **August 5, 2013** and show cause for her failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on August 22, 2013 is VACATED. A new hearing shall be noticed by the court if necessary. If Defendant Hecker does not respond by August 5, 2013, Plaintiff's motion may be granted.

IT IS SO ORDERED.

Dated: July 26, 2013

_____
DONNA M. RYU
United States Magistrate Judge